# United States District Court
## Southern District of Georgia

ERIC MASON and JESUS FIRST CHRISTIAN
COMMUNITY FELLOWSHIP CHURCH, INC. d/b/a
Jesus First the Community Church,

Plaintiffs,

v.

REAL RESOURCES, INC. d/b/a YouthWorks, Inc.,

Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-19

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 4/10/23, this case is REMANDED to the State Court of Chatham County, Georgia for further proceedings.  This case stands closed.

| 4/10/23 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |